# United States District Court
## EASTERN DISTRICT OF WISCONSIN

USA,

       Plaintiff(s),

v.

       Case No. 98CR104

ANDREW ACOSTA,

       Defendant(s).

## EXHIBITS RELEASED BY CLERK OF COURT'S OFFICE

The Clerk of Court's office hereby releases all trial exhibits entered as evidence in the above captioned case on behalf of: *5 boxes*

       USA

An itemization of the exhibits being released to the party indicated above, is attached to this document. *5 boxes*

The undersigned hereby acknowledges receipt of these trial exhibits on behalf of the party referenced herein.

Date: 2/16/11

By: [signature]

Title: Criminal Chief

Of: _____